**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| PAUL E. NUNU<br>*Plaintiff,* | §<br>§<br>§ | |
| V. | § | CIVIL ACTION NO. 4:21-cv-128 |
| THE STATE OF TEXAS, ET AL.,<br>*Defendants.* | §<br>§<br>§<br>§<br>§ | |

## ORDER GRANTING EXCESS PAGES

After considering Defendants Judge Jason Cox and Judge Michael Newman's Motion for Leave to extend the Court's 25-page limit for their Motion to Dismiss, the Court FINDS that there is good cause for the relief requested and GRANTS the motion. Judge Jason Cox and Judge Michael Newman may file their joint Motion to Dismiss in excess of the 25-page limit.

It is so ORDERED.

Signed on March 23, 2021 at Houston, Texas.

_____
Gray H. Miller
Senior United States District Judge