UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **Paul E. Nunu,** | § | |
|  Plaintiff, | § | |
| | § | |
| v. | § | Civil Action 4:21-CV-00128 |
| | § | |
| **The State of Texas et al.,** | § | |
|  Defendants. | § | |

---

**Defendants Nancy Nunu Risk and Charles Nunu's Certificate of Interested Parties**

---

To the Honorable U.S. District Judge Gray H. Miller:

 Defendants Nancy Nunu Risk and Charles L. Nunu jointly file this Certificate of Interested Parties and identify the following persons as those having a financial interest in this lawsuit:

 1. Paul Nunu, Plaintiff;

 2. Nancy Nunu Risk, Defendant;

 3. Charles Nunu, Defendant;

 4. Judge Michael Newman, Defendant;

 5. Judge Jason Cox, Defendant;

 6. The State of Texas, Defendant; and

 7. Attorney Don Cheatham, counsel for Plaintiff.

*[The remainder of this page left blank intentionally.]*

Respectfully submitted,

**MacINTYRE, McCULLOCH & STANFIELD, LLP**

By:   /s/ W. Cameron McCulloch
      W. CAMERON McCULLOCH
      State Bar No. 00788930
      Federal ID No. 308011
      2900 Weslayan, Suite 150
      Houston, Texas 77027
      (713) 572-2900
      (713) 572-2902 (Fax)
      Cameron.McCulloch@mmlawtexas.com
      E-Serve@mmlawtexas.com (E-service only)

**ATTORNEYS FOR NANCY NUNU RISK AND CHARLES L. NUNU**

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2021, a true and correct copy of the foregoing was served pursuant to the Federal Rules of Civil Procedure via the Court's CM/ECF system to all counsel of record as of the date of this filing.

      /s/ W. Cameron McCulloch
      W. CAMERON McCULLOCH

002551 0240594