UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PAUL E. NUNU, | § | |
|    Plaintiff | § | |
|       vs. | § | CIVIL ACTION NO. 4:21-cv-00128 |
| THE STATE OF TEXAS through its | § | |
| ATTORNEY GENERAL HON. KEN PAXTON, | § | |
| THE HONORABLE MICHEAL B. NEWMAN, | § | VERIFIED COMPLAINT |
| THE HONORABLE JASON A. COX, | § | |
| CHARLES L. NUNU, and NANCY NUNU RISK | § | |
|    Defendants | § | |

# Notice to the Court That The Texas Supreme Court Denied Plaintiffs' Rehearing

**To the Honorable Gray H. Miller United States District Judge:**

NOW COMES Plaintiff, Paul E. Nunu, through the undersigned counsel of record filing Notice to the Court that on 14 May 2021 the Texas Supreme Court denied Plaintiffs' Motion for Rehearing Denial of Petition for Review challenging the Probate Courts' unconstitutional application of the Texas Vexatious Litigant Statutes.

Respectfully submitted,
*/S/  Donald T. Cheatham*
**Donald T. Cheatham**
Texas Bar Number 24029925
SDTX: 32456
9801 Westheimer Road, Suite 300
Houston, Texas 77042
(713) 337-0155 Telephone
(713) 870-7040 Cell
(713) 400-7696 Telecopier facsimile
email: **cheathamlaw@aol.com**
ATTORNEY FOR PLAINTIFF

1

## Certificate of Service

The undersigned does hereby certify that he caused service of process upon record counsel for the Defendants through the Clerk's CM/ECF system pursuant to Federal Rule of Civil Procedure 4 and 5 on the effective date of this filing.

<em>/S/ Donald T. Cheatham</em><br>
<strong>Donald T. Cheatham</strong>

FILE COPY

RE: Case No. 21-0101
COA #: 14-19-00564-CV
STYLE: NUNU v. RISK

DATE: 5/14/2021
TC#: 416781

Ct.2

Today the Supreme Court of Texas denied the motion for rehearing of the above-referenced petition for review.



COUNTY CLERK   HARRIS COUNTY
HARRIS COUNTY COURTHOUSE
P.O. BOX 1525
HOUSTON, TX   77251
* DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 21-0101　　　　　　　　　　　DATE: 5/14/2021
　　COA #: 14-19-00564-CV　　　　　　　　　TC#: 416781
STYLE: NUNU v. RISK

　　Today the Supreme Court of Texas denied the motion for rehearing of the above-referenced petition for review.

　　　　　　　　　　　　　　MS. TRACIA Y. LEE
　　　　　　　　　　　　　　TRACIA Y. LEE, PLLC
　　　　　　　　　　　　　　P.O. BOX 171022
　　　　　　　　　　　　　　AUSTIN, TX  78717
　　　　　　　　　　　　　　* DELIVERED VIA E-MAIL *

UNOFFICIAL COPY

FILE COPY

RE: Case No. 21-0101
COA #: 14-19-00564-CV
STYLE: NUNU v. RISK

DATE: 5/14/2021
TC#: 416781

Today the Supreme Court of Texas denied the motion for rehearing of the above-referenced petition for review.

MR. DONALD T. CHEATHAM
9801 WESTHEIMER, STE 300
HOUSTON, TX  77042
* DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 21-0101
COA #: 14-19-00564-CV
STYLE: NUNU v. RISK

DATE: 5/14/2021
TC#: 416781

Today the Supreme Court of Texas denied the motion for rehearing of the above-referenced petition for review.

MR. W. CAMERON MCCULLOCH JR.
MACINTYRE MCCULLOCH & STANFIELD, LLP
2900 WESLAYAN, SUITE 150
HOUSTON, TX   77027
* DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 21-0101  
COA #: 14-19-00564-CV  
STYLE: NUNU v. RISK

DATE: 5/14/2021  
TC#: 416781

    Today the Supreme Court of Texas denied the motion for rehearing of the above-referenced petition for review.

MR. CHRISTOPHER A. PRINE (14TH COA)  
CLERK, FOURTEENTH COURT OF APPEALS  
HARRIS COUNTY 1910 COURTHOUSE  
301 FANNIN SUITE 245  
HOUSTON, TX 77002  
* DELIVERED VIA E-MAIL *